# UNITED STATES of America, Plaintiff–Appellee

v.

## Florencio NOLASCO–PERAZA, Defendant–Appellant.

### No. 14–40721
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 24, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, ELROD, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Florencio Nolasco–Peraza raises ar-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

guments that he concedes are foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 559–62 & n. 28 (5th Cir.) (en banc), *cert. denied,* —— U.S. ——, 134 S.Ct. 512, 187 L.Ed.2d 365 (2013), in which this court held that the generic-contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old and does not include the age-differential requirement that Nolasco–Peraza asserts is required. The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.